1  Troy A. Schell, Esq. (SBN 208661)
   Bryan Wong, Esq. (SBN 205573)
2  3300 East Guasti Road, 3rd Floor
   Ontario, California 91761
3  Telephone:  (909) 235-4400
   Facsimile:   (909) 235-4419
4
5  Attorneys for Prime Healthcare Services – Shasta, LLC,
   dba Shasta Regional Medical Center

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Prime Healthcare Services – Shasta, LLC, a limited liability company doing business as Shasta Regional Medical Center,**<br><br>  Plaintiff<br><br>vs.<br><br>**Thomas E. Price, in his official capacity as Secretary of the Department of Health and Human Services,**<br><br>  Defendant. | Case No. 17-cv-01170-WBS-CMK<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Having duly considered Plaintiff Prime Healthcare Services – Shasta, LLC, doing business as Shasta Regional Medical Center's Ex Parte Application for Continuing Scheduling Conference:

IT IS SO ORDERED that Scheduling Conference is continued to February 26, 2018 at 1:30 pm. A Joint Status Report shall be filed no later than February 12, 2018.

Dated: October 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE